## GREGORY JOHNSON *v.* COMMISSIONER
## OF CORRECTION
## (AC 30158)

Gruendel, Alvord and West, Js.

Argued February 11—officially released March 9, 2010

Per Curiam. The appeal is dismissed.

## WILLIAM PETAWAY *v.* COMMISSIONER
## OF CORRECTION
## (AC 30808)

Gruendel, Robinson and Peters, Js.

Submitted on briefs February 4—officially released March 9, 2010

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* CHARLES LOGAN
## (AC 31088)

DiPentima, Harper and Borden, Js.

Argued February 17—officially released March 9, 2010

Per Curiam. The judgment is affirmed.